IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND E. LOPEZ,**<br><br>                                    Petitioner,<br><br>         v.<br><br>**G. D. LEWIS, Warden,**<br><br>                                    Respondent. | Case No. C 13-0649 TEH (PR)<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE being shown, the Court hereby grants respondent's request for an enlargement of time to and including **Monday, November 18, 2013**, in which to file and serve a response to the petition for writ of habeas corpus.  Petitioner shall file and serve a traverse or an opposition or statement of non-opposition within **thirty (30) days** of the filing of an answer or a motion to dismiss.  In the event that respondent files a motion to dismiss, respondent shall file and serve a reply within **fifteen (15) days** of the filing of any opposition.

Dated: _____09/25/2013_____

_____
The Honorable Thelton E. Henderson

*[Judge Thelton E. Henderson seal]*

1