IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND E. LOPEZ,** | Case No. C 13-0649 TEH (PR) |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| **G. D. LEWIS, Warden,** | |
| Respondent. | |

GOOD CAUSE being shown, the Court hereby grants respondent's request for an enlargement of time to and including **Monday, November 18, 2013**, in which to file and serve a response to the petition for writ of habeas corpus. Petitioner shall file and serve a traverse or an opposition or statement of non-opposition within **thirty (30) days** of the filing of an answer or a motion to dismiss. In the event that respondent files a motion to dismiss, respondent shall file and serve a reply within **fifteen (15) days** of the filing of any opposition.

Dated: 09/25/2013

The Honorable Thelton E. Henderson

1